FRANKLIN H. PERSON, APPELLANT, *v.* A. PARDEE AND OTHERS, RESPONDENTS.

*Service of summons — when set aside — attendance as a witness.*

The service of a summons upon a non-resident while attending as a witness, in good faith, the trial of an action in one of the courts of this State, is irregular and will be set aside. (*Leaver* v. *Robinson*, 3 Duer, 622; *Merrill* v. *George*, 23 How., 331.)

APPEAL from an order made at the Special Term setting aside the service of the summons in this action.

*Hart & McGuire*, for the appellant. *N. C. Moak*, for the respondents.

Opinion *per Curiam*.

Present — LEARNED, P. J., BOARDMAN and BOCKES, JJ.

Order affirmed with ten dollars costs, besides disbursements for printing.